

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00110-CV

**IN RE ACADEMY, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 20, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a letter with this court on March 13, 2019, asking this court to dismiss its petition for writ of mandamus. We grant the request and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI23341, styled *Chris Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.